USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eliuhi Neustadt,

      Plaintiff,

 -against-

Equifax Information Services, LLC, et al.,

      Defendant.

1:19-cv-11782 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  This case has been assigned to me for general pretrial management. (ECF No. 5.) The parties shall appear for a Telephone Conference on Monday, March 9, 2020 at 11:00 a.m. to discuss the status of this case. Plaintiff shall be prepared to discuss any efforts made to serve Defendant Chrysler Capital, LLC with the Complaint. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

**SO ORDERED.**

DATED:   New York, New York
      March 2, 2020

                _____
                STEWART D. AARON
                United States Magistrate Judge