UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eliuhi Neustadt,

                Plaintiff,

-against-

Equifax Information Services et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2020

19-cv-11782 (LTS) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      In accordance with the July 21, 2020 Case Management Plan (ECF No. 31), the parties were to file a joint letter regarding the status of discovery on September 15, 2020. On that date, the parties instead filed a notice of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*See* ECF No. 32.) However, the following day, the Clerk's Office notified the parties that the filing was deficient and directed them re-file the document as a Stipulation of Dismissal. (*See* 9/16/2020 Docket Entry.)

      It is hereby Ordered that, no later than Friday, October 2, 2020, the parties shall file either (a) a joint letter regarding the status of this action, or (b) a Stipulation of Dismissal correcting the deficiencies identified by the Clerk of Court.

**SO ORDERED.**

DATED:    New York, New York
             September 25, 2020

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge